IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2009 DEC -3 A 10: 16

CLERK
S.D. DIST. OF GA

ANTHONY LEROY WHITE, SR.,

    Plaintiff,

v.

TOMMY GREGORY, Sheriff; Captain HAMILTON; Lt. JOSH BAKER; Sgt. WATSON; Dr. CHARLES HARDEN; GRANT PORTER, Medic; and CAMDEN COUNTY JAIL,

    Defendants.

CIVIL ACTION NO.: CV209-133

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's claims against Defendants Harden, Porter, and the Camden County Jail are **DISMISSED**.

**SO ORDERED**, this 3rd day of December, 2009.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA